NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David Aronoff (SBN 125694)
FOX ROTHSCHILD LLP
1800 Century Park East, Ste. 300
Los Angeles, CA 90067-1506
Tel: 310-598-4150
Fax: 310-556-9828
E-Mail: daronoff@foxrothschild.com

ATTORNEY(S) FOR: Defendants

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Patrice Edwards

Plaintiff(s),

v.

Cinelou Films; Atmosphere Productions; Lionsgate; Summit Entertainment; Vin Diesel

Defendant(s)

CASE NUMBER:

2:16-1014-ODW-ARGx

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Patrice Edwards | Plaintiff |
| Cinelou Films, LLC | Defendant |
| Atmosphere Entertainment MM, LLC | Defendant |
| Lions Gate Entertainment Corp. dba Lionsgate | Defendant |
| Summit Entertainment LLC | Defendant |
| Vin Diesel | Defendant |

April 12, 2016
Date

/s/ David Aronoff
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants